Law Office of
**NATHANIEL B. SMITH**
Attorney at Law
100 Wall Street - 23rd Flr.
New York, New York 10005

Nathaniel B. Smith
natbsmith@gmail.com

Tel: 212-227-7062
Fax: 212-230-1090

September 23, 2016

Hon. I. Leo Glasser
United States District Court Judge
Courtroom 8B South, Chambers Room 921 South
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Buttaro v. City of New York,*
*15-cv-5703 (ILG)*

Dear Judge Glasser:

    I am one of the plaintiff's counsel in this action and I write to the Court for permission for plaintiff's counsel, John Lenoir and myself, to withdraw from this action pursuant to Local Civil Rule 1.4.

    The reason for the request it that there has been a complete breakdown in our ability to communicate with the plaintiff. Further details about the nature of the breakdown in the attorney-client can be provided to the Court, and in the event that the Court requires further information, I request leave to file an affirmation for in camera review by the Court only in order to preserve confidential and privileged information.

    In addition, I also request that the Court enter a temporary stay of this action so that the plaintiff can obtain new counsel or appear as his own counsel. A temporary stay is requested because on September 15, 2016 the Court issued its Decision on the defendants' motion to dismiss the complaint and the plaintiff is required to file any amended complaint by September 30, 2016, which is only

LAW OFFICE OF
NATHANIEL B. SMITH

2

seven days from now. To protect the plaintiff's rights under the circumstances a an immediate stay is appropriate.

The position of the action on the calendar does not require a denial of this motion. This action was commenced on October 1, 2015, about one year ago, and the Court issued its Decision on the defendants' pre-answer motion to dismiss on September 15, 2016. No discovery has yet taken place and the parties have not yet held the initial Rule 16 scheduling conference. As such, granting this motion will not unduly hinder the action and will not prejudice of the Defendants.

For these reasons, we request the motion by Nathaniel B. Smith and John Lenoir to withdraw as plaintiff's counsel be granted and that the Court enter a temporary stay for 60 days so that plaintiff can obtain new counsel or appear as his own counsel in this action.

Respectfully submitted,

*[signature]*

Nathaniel B. Smith

cc:
All Counsel by EFC
Plaintiff (by Email)