**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**THOMAS BUTTARO,**

                **Plaintiff,**

      -v-

**CITY OF NEW YORK, et al,**

                **Defendants.**
-----------------------------------------------------------x

**MEMORANDUM & ORDER**
**15-CV-5703(ILG)**

**GLASSER, Senior United States District Judge:**

In a letter dated September 23, 2016, the plaintiff's then counsel requested the Court's permission to be relieved asserting "a complete breakdown in our ability to communicate with the plaintiff." In that letter, he also wrote that "in the event that the Court requires further information, I request leave to file an affirmation for in camera review by the Court only to preserve confidential and privileged information." DE 26.

In a letter dated November 14, 2016, the plaintiff wrote "to inform your Honor that I do not contest the withdrawal...as my attorneys in this matter." DE 29

In a Memorandum and Order ("M&O") dated January 12, 2017, I granted counsel's request to be relieved and extended plaintiff's request to obtain new counsel to December 29, 2016. On December 28, 2016, plaintiff made another request for an extension to obtain new counsel. In each of those requests, he wrote that he has "repeatedly been told time and again, that either prospective counsel does not want to get involved in a case that is already in litigation or that a union is involved in. Plaintiff feels that proceeding pro se would be detrimental to his case." His request for yet another extension was denied and he was advised that he was, from that date forward, proceeding pro se. DE 34.

In a letter dated February 1, 2017, the plaintiff requests an opportunity to contest the

reasons given by counsel for the breakdown in their relationship because he believes "it would be inherently unfair to proceed with my case Pro Se without the opportunity to inform the Court of the reasons for the breakdown in the attorney-client relationship." His request is denied. The time has long since passed when interest in the finality of this litigation must be served.

    SO ORDERED.

Dated:        Brooklyn, New York
               February 13, 2017                          /s/
                                                                            I. Leo Glasser
                                                                            Senior United States District Judge